# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1411

**Short Case Caption:** KG Dongbu Steel Co., Ltd. v. U.S.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

KG Dongbu Steel Co., Ltd.

| | |
|---|---|
| **Principal Counsel:** Brady W. Mills | Admission Date: 08/11/1999 |
| Firm/Agency/Org.: Morris, Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4116 | Email: bmills@mmmlaw.com |
| **Other Counsel:** Donald B. Cameron | Admission Date: 02/24/1984 |
| Firm/Agency/Org.: Morris Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4811 | Email: dcameron@mmmlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 02/17/2025

Signature: /s/ Brady W. Mills

Name: Brady W. Mills

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Julie C. Mendoza | Admission Date: 02/27/1988 |
| Firm/Agency/Org.: Morris Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4817 | Email: jmendoza@mmmlaw.com |
| **Other Counsel:** R. Will Planert | Admission Date: 03/03/1989 |
| Firm/Agency/Org.: Morris Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4819 | Email: wplanert@mmmlaw.com |
| **Other Counsel:** Mary S. Hodgins | Admission Date: 08/08/2008 |
| Firm/Agency/Org.: Morris Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4111 | Email: mhodgins@mmmlaw.com |
| **Other Counsel:** Nicholas C. Duffey | Admission Date: 03/30/2023 |
| Firm/Agency/Org.: Morris Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4812 | Email: nduffey@mmmlaw.com |
| **Other Counsel:** Jordan L. Fleischer | Admission Date: 2/14/2025 |
| Firm/Agency/Org.: Morris Manning & Martin LLP | |
| Address: 1333 New Hampshire Ave NW, Suite 800, Washington DC 20036 | |
| Phone: (202)216-4112 | Email: jfleischer@mmmlaw.com |