# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 25-1411

**Short Case Caption:** KG Dongbu Steel Co., Ltd. v. U.S.

**Filing Party/Entity:** KG Dongbu Steel Co., Ltd.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Court of International Trade | 22-00047 | 28 U.S.C. § 1581(c) |

Relief sought on appeal: ☐ None/Not Applicable

Affirm judgment of the Court of International Trade

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

The U.S. Court of International Trade sustained the remand results from the U.S. Department of Commerce.

Nature of judgment (select one): Date of judgment: 1/17/25

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) ____________
☐ Other (explain) ____________

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Plaintiff-Appellee will defend the judgment of the U.S. Court of International Trade regarding any issues raised by Appellant.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes ☑ No

If "yes," when were the last such discussions?

- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☐ Yes ☐ No

If they were mediated, by whom?

n/a

Do you believe that this case may be amenable to mediation? ☐ Yes ☑ No

Explain.

The issue raised by this case is not amenable to mediation because it involves agency action under U.S. trade laws.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 2/17/25

Signature: /s/ Brady W. Mills

Name: Brady W. Mills

Save for Filing

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 25-1411

**Short Case Caption** KG Dongbu Steel Co., Ltd. v. U.S.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/17/2025

by ☑ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: ____________

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Sosun Bae, United States | U.S. Department of Justice, Commercial Litigation Branch - Civil Division, P.O. Box 480, Ben Franklin Station, Washington, DC 20044, sosun.bae@usdoj.gov |
| Alan H. Price, Nucor Corporation | Wiley Rein, LLP, 2050 M Street, NW, Washington, DC 20036, aprice@wiley.law |
| Roger B. Schagrin, Steel Dynamics, Inc. | Schagrin Associates 900 Seventh Street, NW, Suite 500, Washington, DC 20001, rschagrin@schagrinassociates.com |
| | |
| | |

☐ Additional pages attached.

Date: 02/17/2025

Signature: /s/ Brady W. Mills

Name: Brady W. Mills