# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CORRECTED**
**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 25-1411
**Short Case Caption** KG Dongbu Steel Co., Ltd. v. U.S.
**Filing Party/Entity** KG Dongbu Steel Co., Ltd., Dongbu Incheon Steel Co., Ltd., Dongbu Steel Co., Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

KG Dongbu Steel Co., Ltd. v. U.S., No. 23-cv-00055-JCG, US Court of International Trade

KG Dongbu Steel Co., Ltd. v. U.S., No. 24-cv-00056-JCG, US Court of International Trade

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

KG Dongbu Steel Co. Ltd.
United States
Nucor Corporation
Government of Korea

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Morris, Manning & Martin LLP: Brady Warfield Mills, Donald Bertrand Cameron Jr., Eugene Degnan, Jordan L. Fleischer, Julie Clark Mendoza, Mary Shannon Hodgins, Nicholas C. Duffey, Rudi Will Planert. Wiley Rein, LLP: Alan Hayden Price, Adam Milan Teslik, Christopher Bright Weld, Derick G. Holt, Enbar Toledano, Jake Roger Frischknecht, Maureen Elizabeth Thorson, Paul A. Devamithran, Robert Edward DeFrancesco III, Tessa Victoria Capeloto, Theodore Paul Brackemyre. Akin, Gump, Strauss, Hauer & Feld, LLP: Yujin Kim McNamara, Daniel Martin Witkowski, Devin Scott Sikes, Sung Un K. Kim, Sydney L. Stringer. US DOJ: Sosun Bae. Commerce: Leslie Mae Lewis, William Mitchell Purdy.

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/24/2025

Signature: /s/ Brady W. Mills

Name: Brady Mills

Save for Filing

| | | |
|---|---|---|
| FORM 30. Certificate of Service | | Form 30<br>July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 25-1411

**Short Case Caption** KG Dongbu Steel Co., Ltd. v. U.S.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 02/24/2025

by ☑ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Sosun Bae, United States | U.S. Department of Justice, Commercial Litigation Branch - Civil Division, P.O. Box 480, Ben Franklin Station, Washington, DC 20044, sosun.bae@usdoj.gov |
| Alan H. Price, Nucor Corporation | Wiley Rein, LLP, 2050 M Street, NW, Washington, DC 20036, aprice@wiley.law |
| Roger B. Schagrin, Steel Dynamics, Inc. | Schagrin Associates 900 Seventh Street, NW, Suite 500, Washington, DC 20001, rschagrin@schagrinassociates.com |
| | |
| | |

☐ Additional pages attached.

Date: 02/24/2025

Signature: /s/ Brady W. Mills

Name: Brady W. Mills

Save for Filing